**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**TERREZ SHIELDS ,**

**Defendant.**                                    **No. 12-30330-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Clifford J. Proud for the specific purpose of conducting a change of plea for defendant Shields, pursuant to 28 U.S.C. § 636 and LOCAL RULE 72.1(b)(2) (Doc. 83). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on April 18, 2013 (Doc. 82). During the change of plea, defendant Shields pled guilty to Counts 1 and 3 of the Superseding Indictment, conspiracy to distribute, and possess with the intent to distribute, marijuana and attempt to possess with the intent to distribute cocaine, following a thorough colloquy with Judge Proud. Thereafter, Judge Proud issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 86).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has

filed an objection.  Therefore, the Court **ADOPTS** the Report in its entirety.

Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Shields*, that defendant Shields was fully competent and capable of entering an informed plea, that defendant Shields was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Shields **GUILTY** on Counts 1 and 3 of the Superseding Indictment.  The Court **REMINDS** the parties that this matter for sentencing on August 16, 2013 at 9:00 a.m.

> **IT IS SO ORDERED.**

> Signed this 8th day of May, 2013.

Digitally signed by David R. Herndon
Date: 2013.05.08 09:40:43 -05'00'

**Chief Judge**
**United States District Court**