IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 12-cr-30330-DWD-2 |
| | ) |
| TERREZ SHIELDS, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM & ORDER

**DUGAN, District Judge:**

    This matter comes before the Court on Defendant Terrez Shields' Motion for Early Termination of Supervised Release (Doc. 267). In August 2013, Shields was sentenced to 120 months of imprisonment and 5 years of supervised release for conspiracy to distribute marijuana and attempt to possess with intent to distribute cocaine in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vii), 841(b)(1)(B)(ii), and 846 (Docs. 106, 109). Shields began his term of supervised release on November 30, 2021 (Doc. 270); *see also*, https://www.bop.gov/inmateloc (last visited July 17, 2024).

    After having served approximately thirty-two (32) months of his supervised release, Shields now asks the Court to reduce that term to time served under the authority of 18 U.S.C. § 3583(e)(1). In support of his request, Shields states that he has maintained stable employment since his release and complied with all the requirements of his supervision (Doc. 267). Shields avers that he has reflected on his past mistakes, possesses a support network, and is ready to reintegrate into society (*Id.*).

The Government and the United States Probation Office do not oppose the request for early termination (Doc. 270). The Probation Office indicates that Shields appears motivated and has maintained compliance with the terms of his supervision (*Id.*). The Probation Office further states that Shields has maintained a stable residence and employment (*Id.*).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See also* Fed. R. Crim. Proc. 32.1(c)(2) (allowing for modification of supervised release without a hearing).

After considering the motion and the Section 3553(a) factors, the Court finds that early termination of Shields' supervised release is warranted by his conduct and in the interest of justice. Accordingly, the Motion for Early Termination of Supervised Release (Doc. 267) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 29, 2024                                           */s David W. Dugan*

                                                              DAVID W. DUGAN
                                                              United States District Judge